IN THE UNITED STATES DISTRICT COURT FOR THE FEDERAL CLERK OF THE COURT OF ANCHORAGE, AK
STATE OF ALASKA

RECEIVED NOV 09 2022
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Paul. R. James Jr
    Plaintiff,
vs.
State of Alaska & John Does
    Defendant(s).

Case No. 4BE-19-00027 CR
3:22-cv-00246-JMK
Affidavit, Motion For Compelling Witnesses For Civil Law. Moral Certainty. And SUMMONS all Defendant's & the State of Alaska, John Does, For Murder & Homicide Negligence Act's.

## Affidavit For Homicide Negligence Act. See Sheppard v. Sheppard, 655 P.2d 895 (1982).

(1) Comes now Paul. R. James Jr. Pro Se at this Time, the Federal Court's "MUST" grant this Motion for Homicide Negligence Act, by the State of Alaska. A Federal Procedure allowed to "Enforce a Claim" or "Rights" in a Summary manner, a procedure to repossess Real Property esp. from a Tenant upon nonpayment or other "Default," a Summary Eviction to command by service of a Summons to Appear in Court, a written notification that one is required to Appear in Court. A document in a Civil Suit that's Issued by an Authorized Judicial Officer "(as a Clerk of Court)" and Delivered to a Plaintiff or the Plaintiff's Attorney for service on the Defendant's and that notifies the defendant's that he or she MUST appear and defend, "as by Filing an Answer" within a specified Time or a "DEFAULT" judgment will be rendered for the Plaintiff, a document that Summons a Defendant's to Appear before a court to Answer a minor criminal charge and that is Issud in Lieu, See, Scott v. Bradford, 606 P.2d 554 (1979); W.L. Prosser and W.P. Keeton; Circuit Court-D.Q. Posin; Manor Square, Inc. v. Heartthrob of Kansas City, Inc, 854 S.W. 2d 38 (1993); J.H. Friedenthal et al, of a Warrant for Arrest by an Authorized judicial Officer, "as a Magistrate" upon request of a prosecuting Attorney, a notification to Appear for jury service, a notification to appear as a witness. See also John Doe Summons, service, Subpoena.

(2) IN REM into or Against the thing. Signifies ACTIONS against the RES. Acting IN REM those that SEEK not to impose personal liability but rather to AFFECT the "Interest" of persons in a specific thing, "or Res". A few such Actions purport to AFFECT the interests of ALL persons, "all the world" in the same thing as, for Example, In actions to PROTECT the environment; most of them SEEK to AFFECT the Interest of only particular persons in the thing. Typical modern examples are Actions for "Partitions" of or for FORECLOSURE of a "LIEN" upon, or to quiet TITLE to Realestate. The concept of In Rem actions has been extended to those that SEEK to AFFECT the condition of a thing as well as the thing itself.

(3) On my first Homicide Statement I filed with the State of Alaska Bethel CourtHouse, my Attorney Julia Metzger, brought it up saying to me, "You shound like an DESPERT person to jeting out of jail, bu (WE) don't Ceair, she shounded like she wase refereing her and the State of Alaska, then she told me, your not getting out of jail." That day of my statement, I seen on news a Homicide geting investigated after 40 or 50 years after that killing in Alaska. Then just on the month of October 2022 another news came on, a person being arrested in the U.S. after 30 years for Murder. My Brother and Sister's sun were Murdered in Alakanuk, Ak 99554 by some people that were "Never" arrested. The person "Planing" for those Two boy's murder name is Martion Aglien, and ather's, Gaberal Buster, Jimy Cook, Pam Cook, and the ather Three killed themself's after the body's were found at the lower end of Alakanuk river, all these killer's guned down these Two boy's, and drowneded them in a nearow sleaw, being Tamperd along with the 16 foot boat. The State Trooper head me and my sister doing the Teairfing Investegasion without State officer, Martion Aglien wase a VPSO, State employer cope, that day.

(4) The Habeas Corpus. The WRIT of Habeas Corpus known as the "Great Writ", has varied use in Criminal and Civil contexts. It is a procedure for Obtaining a judicial determination of the Legality of an individual's Custody. Technically it is used in the Criminal Law context to bring the petitioner before the Court to Inquire into the Legality of his or her confinement. The Writ of Federal Habeas Corpus is used to TEST the Constitutionality of a State Criminal Conviction. The Writ is used in the Civil context to Challenge the validity of Child Custody and Deportations.

Copies going to; Anchorage, Ak Supreme Court, and Bethel, Ak CourtHouse.

Paul James
11-6-2022

[Notary Seal: WILBERT W. LARSON, NOTARY PUBLIC, STATE OF ALASKA]

Subscribed and sworn to before me this 6th day of November 20 22
Wilbert W. Larson
Notary Public
My Commission Expires _____

Paul James #439530
Yukon Kuskokwim Correctional Center
Pouch 400
Bethel, Ak
     99559



Clerk of Court
U.S. District Court
222 West 7th Ave, Suite 33
Anchorage, Ak 99513